Opinion issued August
12, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00717-CR

———————————

Arthur Lee Jackson, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 174th District Court 

Harris County, Texas



Trial Court Case No. 1109073

 



 

MEMORANDUM OPINION

          Appellant, Arthur Lee Jackson, was
convicted in trial court cause number 1109073 of the offense of murder and
sentenced to confinement for 20 years. 
Appellant filed a notice of appeal and the appeal was assigned to this
court as appellate number 01-09-00717-CR. 
Appellant also filed a timely motion for new trial.

          When appellant’s brief was not timely filed, we abated this
appeal and remanded the case to the trial court to determine if appellant
desired to pursue his appeal.  In
response to our order of  abatement,
appellant’s counsel notified the Clerk of this Court that the trial court had
granted appellant’s motion for new trial. We reinstate the appeal.  

          The appeal of appellant’s judgment of conviction is now
moot.  Tex. R. App. P. 21.9.

          Accordingly, the appeal is dismissed as moot.

          Any pending motions are dismissed as moot.

PER CURIAM

Panel
consists of Justices Keyes, Hanks, and Higley.

Do
not publish.   Tex. R. App. P. 47.2(b).